**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| Dalton Khloe Beyer, | ) | |
| | ) | **ORDER STATUS** |
| Plaintiff, | ) | **CONFERENCE** |
| | ) | |
| vs. | ) | |
| | ) | |
| James Sayler, Warden, in his individual | ) | |
| capacity, Shaun Fode, Deputy Warden, | ) | |
| in his individual capacity and Joseph | ) | |
| Charvat, Chief of Security, in his | ) | |
| individual capacity, | ) | |
| | ) | Case No. 1:19-cv-281 |
| Defendants. | ) | |

**IT IS ORDERED:**

A status conference will be held before the magistrate judge on June 11, 2020, at 9:00 a.m.

The conference will be conducted via telephone conference. To participate in the conference,

counsel shall call the following number and enter the following access code:

Tel. No.: (877) 810-9415

Access Code: 8992581

Dated this 14th day of April, 2020

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court

1